

**FILED**
NOV 04 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

22 4 1115

Certificate Number: 02998-CAN-CC-036954176


02998-CAN-CC-036954176

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 4, 2022</u>, at <u>3:12</u> o'clock <u>PM EDT</u>, <u>Calvin Anthony Dobbins</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | | | |
|---|---|---|---|
| Date: | November 4, 2022 | By: | /s/Terri Everett |
| | | Name: | Terri Everett |
| | | Title: | Counselor |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).