**United States Bankruptcy Court**
**Northern District of California**

FILED
NOV 18 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re **Calvin Anthony Dobbins**
Debtor(s)

Case No. **22-41115**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **11-07-2022**

/s/ **Calvin Dobbins**
Signature of Debtor

CALIBER HOME LOANS
1525 S Belt Line Rd
Coppell, TX 75019

# MAILING LIST

CHAPTER 13 TRUSTEE
~~USBC~~
1300 Clay St
Oakland, CA 94612


CALVIN DOBBINS
2308 HILLARD CIRCLE
ANTIOCH, CA. 94509


CALIBER HOME LOANS
1525 S Belt Line Rd
Coppell, TX 75019