Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Calvin Anthony Dobbins | Case No.: 22–41115 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Granting Motion to Extend Time to File Required Documents , filed on 11/21/22 . Therefore, it is ordered that this case be **dismissed**.

Dated: 12/21/22

By the Court:

Charles Novack
United States Bankruptcy Judge